UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JUDAH SESSION,

                                                Plaintiff,

-against-

THE CITY OF NEW YORK; Police Officer Hector J. Torres, Shield No. 1787; Police Officer David Parisi, Shield No. 23025; Police Officer Lorraine Wislocki, Shield No. 8822, Police Officer Vasilios Vasilopoulos, Shield No. 27386, Sergeant Orlando Phillip, Shield No. 1899, Sergeant Lane, Shield No. Unknown, Police Officer Valerie Wilson, Shield No. Unknown, Sergeant Joseph Alohan, Shield No. Unknown, Police Officers 7 through 10, in their individual and official capacities as employees of the City of New York,

                                               Defendants.

------------------------------------------------------------------------- x

**STIPULATION OF PARTIAL DISMISSAL AND WITHDRAWAL WITH PREJUDICE**

17-CV-229 (JBW)(ST)

        **WHEREAS,** plaintiff commenced this action by filing a Complaint on or about January 16, 2017, and an Amended Complaint on or about August 10, 2017, (hereinafter referred to collectively as the "Complaint"), alleging that defendants violated his federal civil rights; and

        **WHEREAS,** defendants the City of New York, Officer Hector Torres, Officer David Parisi, Officer Lorraine Wislocki, Officer Vasilios Vasilopoulos, Sergeant Orlando Phillip, Sergeant Lane, Officer Valerie Wilson, and Sergeant Joseph Alohan have denied any and all liability arising out of plaintiff's allegations;

        **WHEREAS,** the parties now desire to resolve certain issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, pursuant to Rule 41(a)(1)(A)(ii), as follows:

1. Any and all claims asserted against defendants Sergeant Orlando Phillip, Sergeant Lane, Officer Valerie Wilson, and Sergeant Joseph Alohan are dismissed with prejudice, and without costs, expenses or fees;

2. The caption of the Complaint shall be amended to omit any reference to Sergeant Orlando Phillip, Sergeant Lane, Officer Valerie Wilson, and Sergeant Joseph Alohan, and these defendants are no longer parties to this action.

Dated: New York, New York
        January 8, 2018

THE RAMEAU LAW FIRM
16 Court Street
Suite 2504
Brooklyn, NY 11241
Attorney for Plaintiff

By: _____
Amy Rameau
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants, City of New York, Officer Torres, Officer Parisi, Officer Wislocki, Officer Vasilopoulos, Sergeant Phillip, Sergeant Lane, Officer Wilson, and Sergeant Alohan*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Colin McCann Ceriello
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018

2