UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JUDAH SESSION,

                                                   Plaintiff,

                    -against-

THE CITY OF NEW YORK; Police Officer Hector J. Torres, Shield No. 1787; Police Officer David Parisi, Shield No. 23025; Police Officer Lorraine Wislocki, Shield No. 8822, Police Officer Vasilios Vasilopoulos, Shield No. 27386, Police Officers 7 through 10, in their individual and official capacities as employees of the City of New York,

                                                 Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

17-CV-229 (JBW) (ST)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.        The above-referenced action is hereby dismissed with prejudice; and

[Remainder of Page Left Intentionally Blank]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        January 8, 2018

| THE RAMEAU LAW FIRM | ZACHARY W. CARTER |
|---|---|
| *Attorneys for Plaintiff* | Corporation Counsel of the City of New York |
| 16 Court Street, Suite 2504 | *Attorney for Defendants City of New York, Torres, Parisi, Vasilopoulos, and Wislocki* |
| Brooklyn, NY 11241 | |
| 718-887-5536 | 100 Church Street, 3rd Floor |
| | New York, New York 10007 |
| By: _____ | By: _____ |
| Amy Rameau | Colin Ceriello |
| *Attorney for Plaintiff* | *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018

2